IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAR WILLIAMS, | ) | |
| | ) | 8:07CV451 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| LYNN FERER-WHITE, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 27, 2007, Plaintiff, a prisoner incarcerated at the Douglas County Correctional Center, filed a Complaint and a Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing Nos. 1 & 2.) On December 12, 2007, the Clerk of court requested a certified copy of Plaintiff's trust account statement from Douglas County Correctional Center. (Filing No. 5.) As of this date, the court has not received a copy of Plaintiff's trust account statement. The court cannot rule on Plaintiff's Motion to Proceed IFP, or conduct further review of Plaintiff's case, without first receiving a certified copy of Plaintiff's trust account statement.

Therefore, Plaintiff is instructed to obtain from his institution a certified copy of his trust account statement and file the statement with the court by April 11, 2008. In the event that Plaintiff is no longer incarcerated at the Douglas County Correctional Center, Plaintiff is instructed to provide the court with his new contact information by April 11, 2008. Plaintiff is warned that failure to keep the court apprised of Plaintiff's current mailing address or comply with court orders could result in the dismissal of this action without further warning.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall file with the court a certified copy of his trust account statement by April 11, 2008.

2. In the event that Plaintiff is no longer incarcerated at the Douglas County Correctional Center, Plaintiff is instructed to provide the court with his new contact information by April 11, 2008.

3. The Clerk of court is directed to set a pro se case management deadline using the following language: Check for trust account statement by April 11, 2008.

4. Plaintiff shall keep the court informed of his current address at all times.

March 18, 2008.                BY THE COURT:

                               *s/Richard G. Kopf*
                               United States District Judge