IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAR WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV451 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| LYNN FERER-WHITE, et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On March 27, 2008, this court entered an order noting that Plaintiff had been released from custody and requiring Plaintiff to file a new application to proceed in forma pauperis. (Filing No. 8.) In its March 27, 2008 Order, the court warned Plaintiff that failure to file a new application to proceed in forma pauperis by April 14, 2008 would result in dismissal without further notice. (*Id.*)

Plaintiff has not filed a new application to proceed in forma pauperis in this matter or taken any other action. Plaintiff's Complaint must therefore be dismissed.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint is dismissed without prejudice for failure to prosecute his claims diligently.

2. A separate judgment will be entered in accordance with this memorandum and order.

April 23, 2008. BY THE COURT:

*s/Richard G. Kopf*
United States District Judge